

## NUMBER 13-20-00431-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

SANDY PATRICIA HERNANDEZ,
INDIVIDUALLY AND AS
GUARDIAN OF XXXX, XXXX,
MINOR CHILDREN,                                                   Appellants,

v.

GERMAINE LIZETTE HABET,                                          Appellee.

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Memorandum Opinion by Justice Leticia Hinojosa**

This cause is before the Court on a joint motion to dismiss. The parties have

reached an agreement to compromise and settle their differences in this suit.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the motion, costs are taxed against the appellants. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellants."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed on the
21st day of January, 2021.